THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Frank Anthony
 Culp, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.  2012-UP-049  
 Submitted January 3, 2012  Filed January
25, 2012

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Frank
 Anthony Culp appeals the circuit court's order revoking his probation and
 reinstating in full the original suspended sentences.  He argues the circuit
 court abused its discretion because a lesser sentence would have been suitable
 given the nature of his violation.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Lee,
 350 S.C 125, 130, 564 S.E.2d 372, 375 (Ct. App. 2002) ("An issue must be
 raised to and ruled upon by the [circuit court] to be preserved for appellate
 review."); State v. Shumate, 276 S.C. 46, 46-47, 275 S.E.2d 288,
 288 (1981) (holding not preserved for review an appellant's challenge of the circuit
 court's authority "to revoke in the manner prescribed [his] probationary
 sentence previously imposed and admittedly violated" where appellant did
 not "object to or seek modification of the revocation sentence in the [circuit]
 court").  
AFFIRMED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.